UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

15 M 021

----------------------------------X

UNITED STATES OF AMERICA

- against -

MUHANAD MAHMOUD AL-FAREKH,

Defendant.
----------------------------------X

TO BE FILED UNDER SEAL

<u>LIMITED UNSEALING ORDER</u>

Upon consideration of the motion filed by the United States of America by Assistant United States Attorneys Zainab Ahmad and Richard M. Tucker for an Order to unseal the above-captioned complaint and arrest warrant for the limited purposes of disseminating the complaint and arrest warrant to relevant United States, foreign, or intergovernmental authorities, in connection with efforts to prosecute the defendant or to secure the defendant's arrest, extradition or expulsion, or as otherwise required for purposes of national security,

IT IS HEREBY ORDERED that the complaint and arrest warrant be unsealed for the limited purposes of disseminating the complaint and arrest warrants to relevant United States, foreign, or intergovernmental authorities, in connection with efforts to prosecute the defendant or to secure the defendant's arrest, extradition or expulsion, or as otherwise required for purposes of national security.

HON. VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

Dated: January 8, 2015
       Brooklyn, New York