

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ZA:RMT
F.#2015R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 20, 2015

<u>By Hand and ECF</u>

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: United States v. Muhanad Mahmoud Al Farekh
       <u>Magistrate Number 15-021</u>

Dear Judge Pohorelsky:

  During his presentment before Your Honor on April 2, 2015, the defendant consented to the exclusion of speedy trial time through May 2, 2015, on which date the Court scheduled a preliminary hearing. The government now writes to advise the Court that the defendant has informed the government that he intends to waive his right to a preliminary hearing. Accordingly, the deadline for the defendant to be indicted under the Speedy Trial Act, codified in Title 18, United States Code, Section 3161(b), is Monday, June 1, 2015.

         Respectfully submitted,

         LORETTA E. LYNCH
         United States Attorney

     By: /s/
       Zainab Ahmad
       Richard M. Tucker
       Assistant U.S. Attorneys
       (718) 254-6522/6204

cc: Sean Maher, Esq. (via ECF)
   Clerk of Court (via ECF)